# EXHIBIT A

| Cust Invoice | BOL | SHIPMENT | NR OF CONTAINERS | Sheets | Destination |
|---|---|---|---|---|---|
| 01PLR | S21ES1524 | 2/1/2022 | 3 | 4104 | Houston |
| 02PLR | NAV37430 | 1/25/2022 | 3 | 4275 | Houston |
| 03PLR | NAV37431 | 1/25/2022 | 5 | 7125 | Houston |
| 04PLR | NAV37429 | 1/25/2022 | 3 | 4161 | Houston |
| 05PLR | PAR37432 | 1/27/2022 | 3 | 4104 | Houston |
| 06PLR | 632253141001 | 1/31/2022 | 3 | 4104 | Houston |
| 07PLR | NAV37435 | 2/9/2022 | 3 | 4104 | Houston |
| 08PLR | PNG37436 | 2/10/2022 | 3 | 4104 | Houston |
| 09PLR | PNG37440 | 2/10/2022 | 3 | 4104 | Houston |
| 10PLR | NAV37439 | 2/16/2022 | 3 | 4104 | Houston |
| 12PLR | PNG37444 | 2/28/2022 | 3 | 4104 | Houston |
| 14PLR | NAV37445 | 2/28/2022 | 3 | 4104 | Houston |
| 13PLR | NAV37446 | 2/28/2022 | 3 | 4104 | Houston |
| 15PLR | NAV37447 | 3/12/2022 | 3 | 4104 | Houston |
| 16PLR | NAV37450 | 3/17/2022 | 3 | 4104 | Houston |
| 17PLR | NAV37449 | 3/18/2022 | 3 | 4104 | Houston |
| 18PLR | PNG37448 | 3/23/2022 | 3 | 4104 | Houston |
| 19PLR | PNG37453 | 3/24/2022 | 3 | 4104 | Houston |
| 20PLR | PNG37454 | 3/24/2022 | 3 | 4104 | Houston |
| 22PLR | 632663709001 | 3/24/2022 | 3 | 4104 | Savannah |
| 21PLR | NAV37458 | 4/3/2022 | 3 | 4104 | Houston |
| 23PLR | NAV37459 | 4/3/2022 | 3 | 4104 | Houston |
| 24PLR | NAV37462 | 4/3/2022 | 3 | 4104 | Houston |
| 27PLR | NAV37472 | 4/13/2022 | 3 | 4104 | Houston |
| 30PLR | NAV37473 | 4/13/2022 | 3 | 3960 | Houston |
| 28PLR | NAV37474 | 4/13/2022 | 3 | 4032 | Houston |
| 29PLR | NAV37461 | 4/13/2022 | 3 | 4104 | Houston |
| 31PLR | NAV37476 | 4/22/2022 | 6 | 8208 | Houston |
| 34PLR | NAV37478 | 5/1/2022 | 3 | 4104 | Houston |
| 37PLR | NAV37480 | 5/2/2022 | 2 | 2736 | Houston |
| 32PLR | NAV37477 | 5/14/2022 | 3 | 4104 | Houston |
| 33PLR | NAV37460 | 5/27/2022 | 3 | 4104 | Houston |

| | | | | | |
|---|---|---|---|---|---|
| **B24380** | 41PLR | PNG37463 | 5/21/2022 | 3 | |
| **B24000** | 26PLR | PNG37456 | 5/21/2022 | 3 | |
| **B24010** | 25PLR | PNG37455 | 5/21/2022 | 3 | |
| **B23990** | 42PLR | PNG37479 | 5/21/2022 | 3 | |
| **B24560 - B24570** | 38PLR | PNG37489 | 5/19/2022 | 4 | |
| **B24580** | 39PLR | PNG37487 | 5/21/2022 | 2 | |
| **B24550-B24540-B24530** | 36PLR | PNG37490 | 5/21/2022 | 2 | |
| **B24550-B24540-B24530** | 36PLR | PNG37490 | 5/21/2022 | 1 | |
| | | | | | |
| | | | | **Containers** | |
| | | | | **121** | **1** |

| | PLR Cust ref. no. 64640 | PLR Cust ref. no. 64641 | PLR Cust ref. no. 64642 | PLR Cust ref. no. 64643 | PLR Cust ref. no. 64644 | PLR Cust ref. no. 64861 | PLR Cust ref. no. 64801 | PLR Cust ref. no. 64862 | PLR Cust ref. no. 64916 | PLR Cust ref. no. 64653 | PLR Cust ref. no. 64917 | PLR Cust ref. no. 64654 | PLR Cust ref. no. 6503? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/15/2022 | 3/16/2022 | 3/16/2022 | 3/16/2022 | 3/16/2022 | 4/21/2022 | 4/11/2022 | 5/3/2022 | 5/5/2022 | 4/29/2022 | 5/12/2022 | 5/16/2022 | 5/26/202? |
| Inventory Value | $74,177.91 | $71,285.67 | $68,393.43 | $65,501.19 | $62,607.95 | $381,388.45 | $60,102.35 | $366,207.97 | $358,617.74 | $373,798.21 | $470,989.34 | $462,773.75 | $827,897.2? |
| Number Pieces | 27,699 | 26,619 | 25,539 | 24,459 | 23,379 | 54,267 | 22,443 | 52,107 | 51,027 | 3,187 | 62,259 | 61,173 | 97,02? |
| Cost Per Unit | 2.678 | 2.678 | 2.678 | 2.678 | 2.678 | 7.028 | 2.678 | 7.028 | 7.028 | 7.028 | 7.565 | 7.565 | 8.533 |
| | | | | | | | | | | | | | |
| Units sold | 14.00 | 15.00 | 14.00 | 15.00 | 15.00 | 15.00 | 14.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |
| Pieces / Unit | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| | | | | | | | | | | | | | |
| Gross Sales Revenue | $42,255.36 | $45,273.60 | $42,255.36 | $45,273.60 | $45,273.60 | $30,758.40 | $29,998.08 | $30,758.40 | $31,104.00 | $29,376.00 | $31,276.80 | $30,408.00 | $31,795.2? |
| Dispatch Freight | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,400.00 | $5,900.00 | $4,300.00 | $4,400.00 | $1,100.00 | $4,400.00 | $1,200.00 | $4,400.0? |
| Prepaid INV Cost | $2,699.42 | $2,892.24 | $2,699.42 | $2,892.24 | $2,892.19 | $7,590.24 | $2,699.42 | $7,590.24 | $7,590.24 | $7,590.24 | $8,215.59 | $8,215.59 | $9,215.6? |
| Storage | | | | | | | | | | | | | |
| ross sales revenue - costs | $35,355.94 | $38,181.36 | $35,355.94 | $38,181.36 | $38,181.41 | $18,768.16 | $21,398.66 | $18,868.16 | $19,113.76 | $20,685.76 | $18,661.21 | $20,992.41 | $18,179.5? |
| Pacific Lumber 8% | $3,380.43 | $3,621.89 | $3,380.43 | $3,621.89 | $3,621.89 | $2,460.67 | $2,399.85 | $2,460.67 | $2,488.32 | $2,350.08 | $2,502.14 | $2,432.64 | $2,543.6? |
| Net Owed to Carli | $31,975.51 | $34,559.47 | $31,975.51 | $34,559.47 | $34,559.52 | $16,307.49 | $18,998.81 | $16,407.49 | $16,625.44 | $18,335.68 | $16,159.07 | $18,559.77 | $15,635.9? |
| | | | | | | | | | | | | | |
| PLR Cash Received | 3/29/2022 | 3/29/2022 | 3/28/2022 | 3/29/2022 | 3/29/2022 | 5/3/2022 | 5/13/2022 | 5/16/2022 | 5/18/2022 | 5/16/2022 | 5/25/2022 | 5/31/2022 | 6/7/2022 |
| Net paid to Carli | | | | | $167,629.48 | $16,307.49 | | | $52,031.54 | | | | |
| Date Carli Received $ | | | | | 04/01/22 | 05/09/22 | | | 5/20/22 | | | | |

# EXHIBIT B

# TDA LOGISTICS, INC.
### "WHERE THE RUBBER MEETS THE ROAD"

# INVOICE

**Bill To:**
Pacific Lumber Resources Inc.
PO Box 296
Lake Oswegoe, Oregon 97034
503-675-0040
Customer# 1205

**Details:**
Pickup: Houston, TX

Delivery: Lakeland, FL

| Date: | 4/1/2022 | Loading | Flatbed Truck |
|---|---|---|---|
| Invoice # | 12078 | Move Date: | 3/17/2022 |
| Customer Ref. No. | 64640 | Tarps: | YES |
| Trailer#: | | Confirming | Tim/ |
| Terms | Net 30 Days | | |

| Description | Price Quote: | Total |
|---|---|---|
| Plywood 48,000 pounds | $4200 | $4200 |



All services must conform to the description stated above. Please read carefully and check all items and conditions of this confirmation as shipment is expected to be made in accordance therewith. In the event of any discrepancy in services, detail, price or any other discrepancy from the verbal understanding communicated in negotiations, please notify TDA Logistics, Inc. promptly, but not later than five days after the date on this confirmation. It is understood that this order is subject to change due to any cause beyond our control. All invoices must be paid in accordance to the above terms. Customers accepting this invoice are responsible for notifying TDA Logistics of any potential delay in payment due to lake of information or paperwork needed in the above shipment.

# TDA LOGISTICS, INC.
### "WHERE THE RUBBER MEETS THE ROAD"

# INVOICE

**Bill To:**
Pacific Lumber Resources Inc.
PO Box 296
Lake Oswegoe, Oregon 97034
503-675-0040
Customer# 1205

**Details:**
Pickup:  Houston, TX

Delivery: Lakeland, FL

| | | | | |
|---|---|---|---|---|
| Date: | 4/1/2022 | Loading | Flatbed Truck | |
| Invoice # | 12080 | Move Date: | 3/18/2022 | |
| Customer Ref. No. | 64641 | Tarps: | YES | |
| Trailer#: | | Confirming | Tim/ | |
| Terms | Net 30 Days | | | |

| Description | Price Quote: | Total |
|---|---|---|
| **Plywood** | | |
| 48,000 pounds | $4200 | $4200 |



All services must conform to the description stated above. Please read carefully and check all items and conditions of this confirmatio
expected to be made in accordance therewith. In the event of any discrepancy in services, detail, price or any other discrepancy fr
understanding communicated in negotiations, please notify TDA Logistics, Inc. promptly, but not later than five days after the date on tl
is understood that this order is subject to change due to any cause beyond our control. All invoices must be paid in accordance to th
Customers accepting this invoice are responsible for notifying TDA Logisitics of any potential delay in payment due to lake of informat
needed in the above shipment.




# TDA LOGISTICS, INC.
### "WHERE THE RUBBER MEETS THE ROAD"

# INVOICE

**Bill To:**
Pacific Lumber Resources Inc.
PO Box 296
Lake Oswegoe, Oregon 97034
503-675-0040
Customer# 1205

**Details:**

Pickup:  Houston, TX

Delivery: Lakeland, FL

| Date: | 4/1/2022 | Loading | Flatbed Truck |
|---|---|---|---|
| Invoice # | 12081 | Move Date: | 3/18/2022 |
| Customer Ref. No. | 64642 | Tarps: | YES |
| Trailer#: | | Confirming | Tim/ |
| Terms | Net 30 Days | | |

| Description | Price Quote: | Total |
|---|---|---|
| **Plywood** | | |
| 48,000 pounds | $4200 | $4200 |

ORIGINAL

All services must conform to the description stated above. Please read carefully and check all items and conditions of this confirmatio
expected to be made in accordance therewith. In the event of any discrepancy in services, detail, price or any other discrepancy fr
understanding communicated in negotiations, please notify TDA Logistics, Inc. promptly, but not later than five days after the date on tl
is understood that this order is subject to change due to any cause beyond our control. All invoices must be paid in accordance to tl
Customers accepting this invoice are responsible for notifying TDA Logistics of any potential delay in payment due to lake of informat
needed in the above shipment.



# TDA LOGISTICS, INC.
### "WHERE THE RUBBER MEETS THE ROAD"

# INVOICE

**Bill To:**
Pacific Lumber Resources Inc.
PO Box 296
Lake Oswegoe, Oregon 97034
503-675-0040
Customer# 1205

**Details:**
Pickup:  Houston, TX

Delivery:  Lakeland, FL

| Date: | 4/1/2022 | Loading | Flatbed Truck |
|---|---|---|---|
| Invoice # | 12085 | Move Date: | 3/18/2022 |
| Customer Ref. No. | 64643 | Tarps: | YES |
| Trailer#: | | Confirming | Tim/ |
| Terms | Net 30 Days | | |

| Description | Price Quote: | Total |
|---|---|---|
| **Plywood** | | |
| 48,000 pounds | $4200 | $4200 |





All services must conform to the description stated above. Please read carefully and check all items and conditions of this confirmatio expected to be made in accordance therewith. In the event of any discrepancy in services, detail, price or any other discrepancy fr understanding communicated in negotiations, please notify TDA Logistics, Inc. promptly, but not later than five days after the date on t is understood that this order is subject to change due to any cause beyond our control. All invoices must be paid in accordance to t Customers accepting this invoice are responsible for notifying TDA Logistics of any potential delay in payment due to lake of informat needed in the above shipment.

# TDA LOGISTICS, INC.
## "WHERE THE RUBBER MEETS THE ROAD"

# INVOICE

**Bill To:**
Pacific Lumber Resources Inc.
PO Box 296
Lake Oswegoe, Oregon 97034
503-675-0040
Customer# 1205

**Details:**

Pickup:   Houston, TX

Delivery: Lakeland, FL

| Date: | 4/1/2022 | Loading | Flatbed Truck |
|---|---|---|---|
| Invoice # | 12086 | Move Date: | 3/18/2022 |
| Customer Ref. No. | 64644 | Tarps: | YES |
| Trailer#: | | Confirming | Tim/ |
| Terms | Net 30 Days | | |

| Description | Price Quote: | Total |
|---|---|---|
| **Plywood** | | |
| 48,000 pounds | $4200 | $4200 |



All services must conform to the description stated above. Please read carefully and check all items and conditions of this confirmation as shipment is expected to be made in accordance therewith. In the event of any discrepancy in services, detail, price or any other discrepancy from the verbal understanding communicated in negotiations, please notify TDA Logistics, Inc. promptly, but not later than five days after the date on this confirmation. It is understood that this order is subject to change due to any cause beyond our control. All invoices must be paid in accordance to the above terms. Customers accepting this invoice are responsible for notifying TDA Logisitics of any potential delay in payment due to lake of information or paperwork needed in the above shipment.

# TDA LOGISTICS, INC.
### "WHERE THE RUBBER MEETS THE ROAD"

# INVOICE

**Bill To:**
Pacific Lumber Resources Inc.
PO Box 296
Lake Oswego, Oregon 97034
503-675-0040
Customer# 1205

**Details:**
Pickup:  Houston, TX

Delivery:  Orlando, FL

| Date: | 4/27/2022 | Loading | Flatbed Truck |
|---|---|---|---|
| Invoice # | 12158 | Move Date: | 4/20/2022 |
| Customer Ref. No. | 64661 | Tarps: | YES |
| Trailer#: | | Confirming | Tim/ |
| Terms | Net 30 Days | | |

| Description | Price Quote: | Total |
|---|---|---|
| **Plywood** | | |
| 48,000 pounds | $4400 | $4400 |
| | | |
| Delivery PO# 23046750 | | |

*ORIGINAL*

All services must conform to the description stated above. Please read carefully and check all items and conditions of this confirmation as shipment is expected to be made in accordance therewith. In the event of any discrepancy in services, detail, price or any other discrepancy from the verbal understanding communicated in negotiations, please notify TDA Logistics, Inc. promptly, but not later than five days after the date on this confirmation. It is understood that this order is subject to change due to any cause beyond our control. All invoices must be paid in accordance to the above terms. Customers accepting this invoice are responsible for notifying TDA Logistics of any potential delay in payment due to lake of information or paperwork needed in the above shipment.

# EXHIBIT C



Pacific
Lumber Resources, Inc.

# CARGO RELEASE/ DELIVERY ORDER

**RELEASE #**: 64640                                      <u>Date</u>: Monday 14th March 2022

**To**: Nolan Transportation Group    **attn**: Keseyanna Henderson      **Rate**: $3,000.00
**email**: keseyanna.henderson@ntgfreight.com  P) 470-870-9170 ext. 6167
**From**: Ben W. Gallinger

**PICK UP DATE**: Thursday 17th March 2022
**Pickup & Appointment Instructions**: Susan Keck  skeck@cargowayslogistics.net
**Reference Pickup #**: 646640
**Pickup Address**: Cargoways Warehousing & Trucking
           555 Gellhorn
           Houston, TX 77029
           Susan Keck <skeck@cargowayslogistics.net>
           Trucking Manager
           (713) 672-0515 x 2014

| **Container #**: | **QUANTITY**: | **DESCRIPTON**: | **MARKS** |
|---|---|---|---|
| TEMU6304583 | 15packs @ 72pcs | ½" CDX PS109 | B-23710 |
|  | 1,080pcs | Pine Plywood |  |

Note Driver Must Have our Pick Up  #; QTY; Marks; Desc. Of Materials to Pick up Goods. **If there are ANY QUESTIONS regarding this Order, pls Contact Ben @ (877) 650-0040.**
Driver Must Take Full Load.

**Deliver To:**   **Delivery PO #: 23022691**
ROBBINS WOOD PRESERVING #440
1003 E 131ST AVE
TAMPA FL 33612-4456
813-971-3030 PHONE

# <u>Note:</u> <u>Please email the load out receipt to beng@pacificlbr.com.</u>

Best Regards,
*Ben W. Gallinger*
(971) 271-3134 phone & WhatsApp

P.O. Box 296, Lake Oswego, OR 97034    877.650.0040 Fax: 503.675.8028



# Pacific
## Lumber Resources, Inc.

1159 McVey St.* Lake Oswego, OR. 97034
Toll Free 1-877-650-0040 * Fax (503) 675-8028

# Truck Confirmation

**TO:** Talladega Transportation  **CONFIRMS:** Dan/Tim Bull  **Date:** 3/17/2022
**Phone:** 256-589-0336 x 5  **email:** dan@talladegatransportation.com

**OUR ORDER #:** 64641  *(Please show this number on your invoice)*
**Delivery/Customer PO#** 23022694
**RATE:** **$3000**  *Pickup Date: Friday 18th March 2022*

## PICK-UP
Cargoways Warehousing
555 Gellhorn
Houston, TX 77029
Phone: (713) 672-0515 x 2014 attn: Susan

## DELIVERY
ROBBINS WOOD PRESERVING #440
1003 E 131ST AVE
TAMPA FL 33612-4456
813-971-3030 PHONE

| Container #: | DESCRIPTION OF CARGO: | #UNITS | Pcs/Units | Total Pcs |
|---|---|---|---|---|
| FSCU8900456 | ½" CDX PS109  Pine Plywood | 15 | 72pcs | 1,080pcs |

Customers Signature:_____Date:_____

**TRUCK TYPE:**  *Requirements:*
* 48' Flat. Must be able to haul 48,000 pounds.
* Load must be FULLY TARPED before leaving the pickup site. If lumber is not FULLY tarped, PLR can refuse some or all
  of transportation charges noted in this agreement. Minimum deduction of $500 from listed rate for not FULLY tarping load. Pictures of
  TARPED load required from pickup location before transporting this shipment.
* Loading/signing for the freight constitutes full agreement and responsibilities to this contract.
* Call Pickup location to verify load is ready and schedule appointment
* Driver must call PLR before leaving pickup location to verify load tally.
* ONLY Pacific Lumber Resources, Inc. can make the decision to leave any lumber behind, or make any adjustments to these requirements.
* Any variance from the above/contracted tally demands light and heavy scale tickets before payment.
* Failure to follow these requirements can result in pay adjustments and/or claim.
* In loading, moving, and/or signing for agreed cargo owned by PLR Inc., it indicates full acceptance of this legal agreement void of
  any actual signed document/contract.
* In the event that any part of these requirements are not followed, and there is a breach of this contract, the company listed at the top of this contract will
  be liable to PLR for up to the full sales (invoice) value to consignee or delivering client listed above under "Delivery". The listed carrier (Broker/Carrier)
  will also be liable for any attorney and all other expenses related to any sort of legal disputes that may arise including interest of 18% annum on total
  invoice value. Signer further agrees to submit to personal jurisdiction in Oregon and venue in Clackamas County, Oregon. Any freight invoice not
  received in the office of PLR within 60 days of signed Bill of Lading or completion of contract, will be null and void. In the event that you fail to pick-up
  the above contracted load, there will be a $500 non-negotiable change/invoice/deduction. Failure of contract includes a 48 hour non-compliance (TONU)
  of agreed upon pickup date. In the event of a claim/or loss due to damage associated with any failure or compliance of the above specifications listed in
  this contract, unexpected damage during transport of said goods, & in lieu of any Insurance denial of filed claim, the above listed company is personally
  responsible for full invoice value of product.

Driver must call PLR to confirm tally from reload at pick up.........

# LOAD MUST BE TARPED



Pacific
Lumber Resources, Inc.

## CARGO RELEASE/ DELIVERY ORDER

**RELEASE #**: 64642

Date: Tuesday 15th March 2022

**To**: UACL Logistics    **attn**: Dan Latham        **Rate**: $3,000.00
**email**: dan@talladegatransportation.com   Phone : 256-589-0336 x 5.
**From**: Ben W. Gallinger

**PICK UP DATE**: Thursday 17th March 2022
**Pickup & Appointment Instructions**: Susan Keck  skeck@cargowayslogistics.net
**Reference Pickup #**: 646640
**Pickup Address**: Cargoways Warehousing & Trucking
　　　　　　　555 Gellhorn
　　　　　　　Houston, TX 77029
　　　　　　　Susan Keck <skeck@cargowayslogistics.net>
　　　　　　　Trucking Manager
　　　　　　　(713) 672-0515 x 2014

| Container #: | QUANTITY: | DESCRIPTON: | MARKS |
|---|---|---|---|
| OOCU7899250 | 14packs @ 72pcs<br>1,008pcs | ½" CDX PS109<br>Pine Plywood | B-23710 |

Note Driver Must Have our Pick Up #; QTY; Marks; Desc. Of Materials to Pick up Goods. **If there are ANY QUESTIONS regarding this Order, pls Contact Ben @ (877) 650-0040.**
Driver Must Take Full Load.

**Deliver To:**   Delivery PO #: 23022696
ROBBINS WOOD PRESERVING #440
1003 E 131ST AVE
TAMPA FL 33612-4456
813-971-3030 PHONE



## Note: Please email the load out receipt to beng@pacificlbr.com.

Best Regards,
*Ben W. Gallinger*
(971) 271-3134 phone & WhatsApp

P.O. Box 296, Lake Oswego, OR 97034    877.650.0040 Fax: 503.675.8028

3/17 @ 2pm  W38037


Pacific
Lumber Resources, Inc.

## CARGO RELEASE/ DELIVERY ORDER

**RELEASE #:** 64643

Date: Wednesday 16th March 2022

**To:** W Y CARRIER INC  **attn:** VIRGINIA CUBA  **Rate:** $3,000.00
**email:** WYCARRIERINC@HOTMAIL.COM **Phone:** (352) 340-4050
**From:** Ben W. Gallinger

**PICK UP DATE:** Thursday 17th March 2022
**Pickup & Appointment Instructions:** Susan Keck  skeck@cargowayslogistics.net
**Reference Pickup #:** 64643
**Pickup Address:** Cargoways Warehousing & Trucking
        555 Gellhorn
        Houston, TX 77029
        Susan Keck <skeck@cargowayslogistics.net>
        Trucking Manager
        (713) 672-0515 x 2014

| Container #: | QUANTITY: | DESCRIPTON: | MARKS |
|---|---|---|---|
| FFAU2216624 | 15packs @ 72pcs | ½" CDX PS109 | B-23710 |
| | 1,080pcs | Pine Plywood | |

Note Driver Must Have our Pick Up #; QTY; Marks; Desc. Of Materials to Pick up Goods. **If there are ANY QUESTIONS regarding this Order, pls Contact Ben @ (877) 650-0040.**
Driver Must Take Full Load.

**Deliver To:**  **Delivery PO #: 23022697**
ROBBINS WOOD PRESERVING #440
1003 E 131ST AVE
TAMPA FL 33612-4456
813-971-3030 PHONE


100%
Tarped

## Note: Please email the load out receipt to beng@pacificlbr.com.

Best Regards,
*Ben W. Gallinger*
(971) 271-3134 phone & WhatsApp

P.O. Box 296, Lake Oswego, OR 97034    877.650.0040 Fax: 503.675.8028

3/21 @ #8am W38043
No Time App.


Pac#fic
Lumber Resources, Inc.

## CARGO RELEASE/ DELIVERY ORDER

**RELEASE #:** 64644

Date: Wednesday 16th March 2022

**To:** Shoulars Trucking **attn:** Mia
**email:** shoularstrucking@gmail.com **Phone:** (201) 340.2646
**From:** Ben W. Gallinger

Rate: $3,000.00

**PICK UP DATE:** Friday 18th March 2022
**Pickup & Appointment Instructions:** Susan Keck skeck@cargowayslogistics.net
**Reference Pickup #:** 64644
**Pickup Address:** Cargoways Warehousing & Trucking
555 Gellhorn
Houston, TX 77029
Susan Keck <skeck@cargowayslogistics.net>
Trucking Manager
(713) 672-0515 x 2014

| Container #: | QUANTITY: | DESCRIPTON: | MARKS |
|---|---|---|---|
| MSDU7826946 | 15packs @ 72pcs | ½" CDX PS109 | B-23710 |
| | 1,080pcs | Pine Plywood | |

Note Driver Must Have our Pick Up #; QTY; Marks; Desc. Of Materials to Pick up Goods. **If there are ANY QUESTIONS regarding this Order, pls Contact Ben @ (877) 650-0040.**
Driver Must Take Full Load.

**Deliver To:** Delivery PO #: 23022695
ROBBINS WOOD PRESERVING #440
1003 E 131ST AVE
TAMPA FL 33612-4456
813-971-3030 PHONE

## Note: Please email the load out receipt to beng@pacificlbr.com.

Best Regards,
*Ben W. Gallinger*
(971) 271-3134 phone & WhatsApp


100%
Tarped

P.O. Box 296, Lake Oswego, OR 97034     877.650.0040 Fax: 503.675.8028

4/20 @ 1pm    W039534



# Pac**✦**fic
## Lumber Resources, Inc.

1159 McVey St.* Lake Oswego, OR. 97034
Toll Free 1-877-650-0040 * Fax (503) 675-8028

# **Truck Confirmation**

*TO:* Shipping Connections, Inc.    *CONFIRMS:* Jessie /Tim Bull    *Date:* 4-18-2022
*PHONE:* 479-439-0219 Ext# 207        jcrane@shippingconnections.cc

*OUR ORDER#  64861 (for billing purpose)*
*PICKUP #:  #64861*
*Lockhart, FL Delivery# 23046750*
*RATE:     $3000   (includes full 8' Tarp, and Fuel Surcharge & Escort fee)*

## PICK-UP
**Cargoways Warehousing**
**555 Gellhorn**
**Houston, TX 77029**
**713-672-0515 Ext#2014   Contact: Susan**

## DELIVERY
**Robbins Wood Preserving**
**6910 Mott Ave.**
**Lockhart, FL  32810**
**407-476-9950**

*REVISED 4/19/22*

## **DESCRIPTION OF CARGO:**  **#UNITS**   **Pcs/Units**   **Total Pcs**   **Container #**

½" 4' x 8' CDX PS109 Pine Plywood  15  72     1080      BMOU-5575102

*TRUCK TYPE:*   *Requirements:*
* 48' Flat. Must be able to haul 48,000 pounds.
* Load must be FULLY TARPED before leaving the pickup site.  If lumber is not FULLY tarped, PLR can refuse some or all
    of transportation charges noted in this agreement.  Minimum deduction of $560 from listed rate for not FULLY tarping load.  Pictures of
    TARPED load required from pickup location before transporting this shipment.
* Loading/tipping for the freight constitutes full agreement and responsibilities to this contract.
* Call Pickup location to verify load is ready and schedule appointment.
* Driver must call PLR before leaving pickup location to verify load tally.
* ONLY Pacific Lumber Resources, Inc. can make the decision to leave any lumber behind. or make any adjustments to these requirements.
* Any variance from the above contracted tally demands light and heavy scale tickets before payment.
* Failure to follow these requirements can result in pay adjustments and/or claim.
* In loading, moving, and/or signing for agreed cargo owned by PLR Inc., it indicates full acceptance of this legal agreement void of
    any actual signed document/contract.

**100% Tarped**

* In the event that any part of these requirements are not followed, and there is a breach of this contract, the company listed at the top of this contract will
be liable to PLR for up to the full sales (invoice) value to consignee or delivering client listed above under "Delivery". The listed carrier (Broker/Carrier)
will also be liable for any attorney and all other expenses related to any sort of legal disputes that may arise including interest of 18% annum on total
invoice value. Signer further agrees to submit to personal jurisdiction in Oregon and venue in Clackamas County, Oregon.  Any freight invoice not
received in the office of PLR within 60 days of signed Bill of Lading or completion of contract, will be null and void.  In the event that you fail to pick-up
the above contracted load, there will be a $500 non-negotiable charge/invoice deduction. Failure of contract includes a 48 hour non-compliance (TONU)
of agreed upon pickup date.  In the event of a claim/or loss due to damage associated with any failure or compliance of the above specifications listed in
this contract, unexpected damage during transport of said goods. & in lieu of any Insurance denial of filed claim, the above listed company is personally
responsible for full invoice value of product.

Driver must call PLR to confirm tally from reload at pick up........

# LOAD MUST BE TARPED

# EXHIBIT D



U.S. Department of Transportation
**Federal Motor Carrier Safety Administration**
## Safety and Fitness Electronic Records (SAFER) System

### *Possible Keyword Matches*

| ***CARRIER/DBA NAME*** | ***LOCATION*** |
| --- | --- |
| **TDA LOGISTICS LLC** | **MT PLEASANT, PA** |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

# EXHIBIT E

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 804263591 | TDA LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800514224 | TDF LOGISTICS, L.L.C. | Domestic Limited Liability Company (LLC) | Voluntarily dissolved | Legal | Inactive |
| ○ | 800745452 | TDL LOGISTICS CORP. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 800956167 | TDK Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 801188265 | TDH Logistics Inc | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 801343855 | TDS LOGISTICS LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved | Legal | Inactive |
| ○ | 801673224 | TD LOGISTIX, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801903434 | TDC Logistics Company, L.L.C. | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802002846 | TDW Logistic Inc | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 802117502 | TDC Logistics, L.L.C. | Domestic Limited Liability Company (LLC) | Voluntarily dissolved | Legal | Inactive |

Records 1 to 10 of 249 scroll [ Next >> ]  **OR**  proceed to page [     ] of 25 pages [ GO ]

[ Return to Order ]  [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
| ○ | 802319809 | TDT Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803141864 | TDC Logistic LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | Inactive |
| ○ | 803141864 | TDC Logistic LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | Prior |
| ○ | 803154207 | TDN LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803803221 | TDJ Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804014757 | TDD LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804139206 | TDM LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804622717 | TDR Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801903434 | TDC Logistics Company Texas, L.L.C. | Foreign Limited Liability Company (LLC) | In existence | Fictitious | In use |
| ○ | 803141864 | TDC Logistics 10 LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 11 to 20 of 249 scroll [ << Previous ]  [ Next >> ]  **OR**  proceed to page [      ] of 25 pages [ GO ]

[ Return to Order ]  [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 803476035 | TDW LOGISTICS AND SERVICES, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803974884 | TDC LOGISTICS 1 LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804450773 | TDG Logistics Resources LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800963275 | Toad Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802880406 | TDKD Logistics Corp | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 803182352 | TDKG LOGISTICS LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803404234 | TDPP Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803985039 | TAD LOGISTICS, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804119101 | TDJJ LOGISTICS, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804507655 | TADES LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 21 to 30 of 249 scroll [ << Previous ] [ Next >> ] OR proceed to page [      ] of 25 pages [ GO ]

[ Return to Order ] [ New Search ]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 804544112 | Tadlock Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802388553 | TDX2 Logistics Inc | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 802666718 | TD WORLD LOGISTICS LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Prior |
| ○ | 802721247 | TD Frazier Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803350902 | TDKL TRUCKING & LOGISTICS LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803743335 | TD Cohen Logistics, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803809011 | TD Transport & Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 804270725 | TDS TRANSPORTS & LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804278720 | T.D. WILLIAMS LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804503064 | TD Trucking & Logistics L.L.C. | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 31 to 40 of 249 scroll [ << Previous ]  [ Next >> ]  OR  proceed to page [    ] of 25 pages [ GO ]

[ Return to Order ]  [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
| ○ | 804611459 | TAD Freight Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804613409 | THA DUNGEON LOGISTICS, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800900377 | TDK OIL FIELD LOGISTICS, LTD | Domestic Limited Partnership (LP) | Forfeited existence | Legal | Inactive |
| ○ | 803423440 | TDL Texas Dynamic Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 801157775 | SWEETDADDY LOGISTICS, INC. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 804229497 | SUPREME TDA LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801911688 | Mastodon Logistics, Inc. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 802297889 | Amplitude Logistics, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803868097 | Faztidiado Logistics L.L.C. | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804429298 | Magnitude Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 41 to 50 of 249 scroll [ << Previous ]   [ Next >> ]   **OR**  proceed to page | | of 25 pages [ GO ]

[ Return to Order ]   [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 802273614 | Hlavaty and Dotson Logistics LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved | Legal | Prior |
| ○ | 802279649 | Direct Drive Logistics, Inc. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 802527174 | DIAMOND STUD LOGISTICS LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803089433 | Active Delivery Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803417869 | Dirty Dumps Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803846745 | Master Dispatch and Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804017660 | FAST DROP LOGISTICS-LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804070935 | DIRECT DEDICATED LOGISTICS INC | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 804093187 | Dynasty Dispatching and Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804099346 | DRAZTIC DREAMZ LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 51 to 60 of 249 scroll   << Previous   Next >>   OR   proceed to page [ ] of 25 pages   GO

[ Return to Order ] [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
| ○ | 804310128 | DeeGoat Dispatching & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804315356 | MANIFEST DESTINY LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804370502 | HEART DRIVEN LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804412724 | The Dirty Dog Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804655514 | Fair Tide Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804695869 | Cactus Downhole Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800709868 | DOS LOGISTICS & COMPANY-QUILTING & DESIGN | Domestic For-Profit Corporation | Involuntarily dissolved | Legal | In use |
| ○ | 801237498 | Direct Delivery Logistics and Supply, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801933244 | Discount Destinations Logistics Services, Inc | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 802919539 | Fast Direct Response Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |

Records 61 to 70 of 249 scroll  [ << Previous ]  [ Next >> ]  **OR**  proceed to page [       ]  of 25 pages  [ GO ]

[ Return to Order ]  [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
| ○ | 803265257 | Dial A HotShot Dispatcher Logistics (LLC) | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803765409 | Haul About Freight Dispatch & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804282420 | LOGISTICS TODAY, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 157828600 | JTD LOGISTICS INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 801242514 | JTD Logistics Limited Liability Company | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802837795 | DTD Logistics, Inc. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 802940006 | OTD Logistics, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803204996 | TTD Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803426362 | LOGISTICS by AritaD, LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved | Legal | Inactive |
| ○ | 803592193 | GTD Logistics, LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |

Records 71 to 80 of 249 scroll [ << Previous ]  [ Next >> ]  **OR**  proceed to page [    ] of 25 pages [ GO ]

[ Return to Order ]  [ New Search ]

---

Instructions:
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

## FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 803594400 | ATD LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803685671 | CTD LOGISTICS LLC | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 803939635 | CTD Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803200699 | DTD LOGISTICS AND TRANSPORT, LLC | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 803203002 | DTD LOGISTICS AND TRANSPORT, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 704695222 | AMISTAD LOGISTICS, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 800900620 | Milstead Logistics, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 801659986 | Steadfast Logistics, Inc | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 802676946 | Steadfast Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 802724052 | Today Logistics | Application for Name Reservation | Expired | Legal | Expired |

Records 81 to 90 of 249 scroll  << Previous    Next >>   OR  proceed to page ⎸      ⎸ of 25 pages  GO

Return to Order    New Search

Instructions:
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
| ○ | 802929339 | J$TDIRECT LOGISTICS INC | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 803114522 | Matador Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803153361 | Tidal Logistics, LLC | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 803158400 | TuDay Logistics Inc | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 803165746 | Tidal Logistics, Inc. | Domestic For-Profit Corporation | Merged | Legal | Inactive |
| ○ | 803684832 | GETITDONE LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803731102 | SALTDOG LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803977142 | Steadman Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803984944 | STRAIGHTDECK LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804060016 | Conquistador Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 91 to 100 of 249 scroll | << Previous | | Next >> | OR proceed to page [    ] of 25 pages [GO]

[Return to Order] [New Search]

Instructions:
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 804116352 | Matador Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | Prior |
| ○ | 804223507 | UNITEDA LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804256183 | TyDavis Logistics L.L.C. | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804309439 | ShipToday Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804403207 | STEADYPACE LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804464348 | DTDX LOGISTICS, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804548874 | Gstaad Logistics, LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804564127 | HURTADO LOGISTIC LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800680639 | TIDAL WAVE LOGISTICS LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 801600223 | CHRIST & DANIEL LOGISTICS LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |

Records 101 to 110 of 249 scroll  [ << Previous ]  [ Next >> ]  **OR**  proceed to page [      ]  of 25 pages  [ GO ]

[ Return to Order ]  [ New Search ]

Instructions:
❶ To view additional information pertaining to a particular filing select the number associated with the name.
❷ To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------|------|-------------|---------------|-----------|-------------|
| ○ | 802571159 | TODIC TRADING & LOGISTICS INC. | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 802711784 | Bright Day Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802947764 | Hartdell Global Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803348956 | NEXT DAY LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803985300 | Tostada Regia Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | Prior |
| ○ | 803985721 | JTD TRUCKING LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804004118 | STEADFAST TRANSPORTATION & LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804013879 | City of David Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804138113 | Rock-Steady Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804185621 | Road Toad Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 111 to 120 of 249 scroll [ << Previous ] [ Next >> ] **OR** proceed to page [   ] of 25 pages [ GO ]

[ Return to Order ] [ New Search ]

─────────────────────────────────────────────────────────────────

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 804274696 | Load Toad Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804341648 | Steady Truck'n Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804377400 | MATADOR LOGISTICS INT'L LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804388305 | Freight Day Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804397763 | Great Days Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804401714 | JUST DALY LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804435316 | Great Dane Logistics, LLC | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 804531801 | J's Steadfast Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801157022 | Delta - DNI Logistics (USA) Corporation | Foreign For-Profit Corporation | Terminated | Legal | Prior |
| ○ | 801157022 | Delta ż DNI Logistics (USA) Corporation | Foreign For-Profit Corporation | Terminated | Fictitious | Prior |

Records 121 to 130 of 249 scroll [ << Previous ]  [ Next >> ]  **OR**  proceed to page [       ] of 25 pages [ GO ]

[ Return to Order ]  [ New Search ]

---

Instructions:
- ☻ To view additional information pertaining to a particular filing select the number associated with the name.
- ☻ To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 801157022 | Délta - DNI Logistics (USA) Corporation | Foreign For-Profit Corporation | Terminated | Fictitious | Inactive |
| ○ | 803182133 | Steady Transportation and Logistics Group LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803230048 | Associated Logistics & Transportation Divisions, Inc. | Foreign For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 803272587 | JTD3 LOGISTICS XPRESS LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803942476 | Grems Logistic TRADE TAD LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804040544 | MS NIGHT & DAY LOGISTICS, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801977504 | Alamo Darit Development Logistics Group, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 804061215 | Alcott Logistics Station Tract D GP, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804275136 | Alcott Logistics Station Tract D, LP | Foreign Limited Partnership | In existence | Legal | In use |
| ○ | 800388410 | O'Connor Transportation, Inc. dba DSI Bonded Logistics | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |

Records 131 to 140 of 249 scroll [ << Previous ]    [ Next >> ]   **OR**   proceed to page [            ] of 25 pages [ GO ]

[ Return to Order ]  [ New Search ]

---

Instructions:
- ◕ To view additional information pertaining to a particular filing select the number associated with the name.
- ◕ To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 803638828 | RCR Hempstead Logistics Park Property Owners Association, Inc. | Domestic Nonprofit Corporation | In existence | Legal | In use |
| ○ | 804436030 | CRTD Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802194829 | cnctd logistics group | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 800764296 | Logistical Methods LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 158761900 | TODAY'S VISION - COLLEGE STATION, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Prior |
| ○ | 803995916 | TOD Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804378282 | Tudor Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802239817 | T & D Logistics, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803560480 | Logistics & Project Development, LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved | Legal | Inactive |
| ○ | 803831477 | T&D Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 141 to 150 of 249 scroll | << Previous | Next >> | OR proceed to page [ ] of 25 pages | GO

[ Return to Order ] [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 803880274 | Logistics Operations and Dispatch Company LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 148324300 | LOGISTICS OPERATIONS AND DISTRIBUTION SYSTEMS, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 803395152 | T & D Logistic Group, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 704291722 | LATITUDE LOGISTICS, L.L.C. | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 802005295 | TIDEWATER LOGISTICS CORP | Domestic For-Profit Corporation | In existence | Legal | Prior |
| ○ | 802160057 | UnitedShale logistics, LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved | Legal | Inactive |
| ○ | 802449793 | Latitude Logistics LLC | Domestic Limited Liability Company (LLC) | Involuntarily dissolved | Legal | Inactive |
| ○ | 802531523 | Latitude Logistics LLC | Domestic Limited Liability Company (LLC) | Involuntarily dissolved | Legal | Inactive |
| ○ | 802688475 | Latitude Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803071597 | Studewood Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |

Records 151 to 160 of 249 scroll [ << Previous ]   [ Next >> ]   OR   proceed to page [      ] of 25 pages [ GO ]

[ Return to Order ]   [ New Search ]

_____

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 803209630 | Testudo Logistics PLLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803438687 | Fortitude Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803594649 | UNITEDWIDE LOGISTICS, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803834750 | Beatitudes Logistic LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804558073 | TODOS LOGISTICS INC | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 804650163 | Solitude Logistics Inc. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 147559700 | INTEGRATED DELIVERY AND LOGISTICS, INC. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 147559700 | INTEGRATED DELIVERY AND LOGISTICS, INC. | Domestic For-Profit Corporation | In existence | Legal | Inactive |
| ○ | 800382139 | Latitude Outreach Logistics, LLC | Domestic Limited Liability Company (LLC) | Expired | Legal | Expired |
| ○ | 801259561 | Gator Delivery & Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |

Records 161 to 170 of 249 scroll [ << Previous ]  [ Next >> ]  **OR**  proceed to page [      ] of 25 pages [ GO ]

[ Return to Order ]  [ New Search ]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
| ○ | 801287554 | UBT DUPRÉ LOGISTICS, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 801781501 | FLEET DEPOT LOGISTICS INC | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 802064964 | T.T. Dunigan Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802145179 | Elite Digital Logistics Inc | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 802285003 | Citi-Delivery and Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802524385 | BEST DEAL LOGISTICS, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 802565394 | White Dove Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802670009 | CT Devco Logistics, LLC | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 802719763 | TED HUMBLE LOGISTICS, LLC. | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 802849020 | Scout Dedicated Logistic, Limited Liability Company | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Prior |

Records 171 to 180 of 249 scroll | << Previous |   | Next >> |   **OR**   proceed to page | | of 25 pages | GO |

[ Return to Order ] [ New Search ]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 802849020 | Scouts Dedicated Logistics, Limited Liability Company | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 802867689 | IST DIGITAL LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802909819 | Hunter Design and Logistics, Inc. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 802934304 | Tidewater Logistics Operating LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803002456 | FORTITUDE 11 LOGISTICS, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803325918 | Expedited Dreams Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803329420 | Lockett Down Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803673717 | Pinpoint Dispatch and logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803703994 | TGT Dedicated Logistics Inc. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 803719606 | Perfect delivery logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |

Records 181 to 190 of 249 scroll | << Previous |   | Next >> |   **OR**   proceed to page |   | of 25 pages | GO |

[ Return to Order ]  [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 803934473 | NextTier Dispatch & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803979830 | Pat's Dispatching & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804012218 | Motivated & Driven logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804024260 | Just Drive Logistics L.L.C. | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804036282 | LIGHTING DISPATCH & LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | Prior |
| ○ | 804046018 | Phat Du Logistics LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804132443 | W. T. DOTSON LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804165911 | Elite Digital Logistics Inc | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 804176921 | COMPLETE DIESEL LOGISTICS, INC | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 804299402 | Freight Demands Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 191 to 200 of 249 scroll [ << Previous ]   [ Next >> ]   **OR**   proceed to page [      ] of 25 pages [ GO ]

[ Return to Order ]   [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 804347290 | Roll Tide Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804407723 | Water-Dragon Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804409476 | Short Dogg Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804416107 | WHITE DIAMOND LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804448844 | Freight Drop Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804453827 | Teddy Reliable Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804509702 | ElevatedWorxs Logistic Solutions LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804541666 | ZENITH DISPATCHING & LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804569167 | Xpedition Dispatching & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804575684 | Undisputed Dispatching & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 201 to 210 of 249 scroll  [ << Previous ]  [ Next >> ]  **OR**  proceed to page [         ] of 25 pages [ GO ]

[ Return to Order ]  [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 804608460 | LITHIA & DRIVEWAY LOGISTICS, LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | Prior |
| ○ | 804613190 | Elevated Dispatching & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800545870 | GULF COAST DISASTER RELIEF & LOGISTICS, LP | Domestic Limited Partnership (LP) | Expired | Legal | Expired |
| ○ | 800637089 | Gulf Coast Disaster Relief & Logistics, LP | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 800694416 | Todd-Hill Logistics Solutions, Inc. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 800749997 | Pronto Delivery, Courier & Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801345841 | ERT Delivery services and Logistics Inc. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 803484955 | USA Most Dependable Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803573818 | EXPERT DELIVERY SERVICE & LOGISTICS LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803688415 | United Defense Logistics Solutions, LLC | Foreign Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |

Records 211 to 220 of 249 scroll [ << Previous ]  [ Next >> ]  OR  proceed to page [ ] of 25 pages [ GO ]

[ Return to Order ]  [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 803724983 | Load It Down Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803797672 | TED Projects and Logistics USA LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803822528 | T&D11 Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 803827336 | Robert D. Hall Logistics LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved | Legal | Inactive |
| ○ | 803978743 | 3rd Coast Distribution & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804063687 | JTL's Freight Dispatching & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804326869 | Lady Tee's Dispatching & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804380872 | GREEN LIGHT DISPATCH & LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804441282 | Gilbert's Freight, Dispatching & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804446873 | ENDLESS CONNECT DISPATCHING AND LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 221 to 230 of 249 scroll [ << Previous ]   [ Next >> ]   **OR**   proceed to page [ ] of 25 pages [ GO ]

[ Return to Order ]   [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
| ○ | 804528234 | White Diamond Trucking & Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804548536 | Gator Dispatching & Logistic Services, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804592988 | Hot Shot Dispatch & Logistics LLC | Application for Name Reservation | In existence | Legal | Reserved |
| ○ | 803297878 | Cloud Gets It Done Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 804018184 | Schnell Logistics LLC DBA Uber Haul Logistics | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 804381108 | Pure Mind & Clarity Logistics Freight Dispatching LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801917691 | Method Logistics, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803698480 | Methodical Logistics LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 804096988 | THud Logistics | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 804296478 | Plenitud Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 231 to 240 of 249 scroll | << Previous | Next >> | OR proceed to page [ ] of 25 pages | GO |

[ Return to Order ] [ New Search ]

Instructions:
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 804438271 | Todd Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804443127 | Steed Logistics INC | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 804476887 | Fathead Logistics, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802652242 | Elite D Logistic, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803678117 | Elite D Logistic LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 803829778 | BIN & TEDS LOGISTICS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | Prior |
| ○ | 804160808 | Noble Steed Logistics LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804433538 | OnPoint Logistics & Freight Dispatching Service LLC | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 804483559 | ONPOINT LOGISTICS & FREIGHT DISPATCHING SERVICE, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 241 to 249 of 249 scroll  [ << Previous ]  **OR**  proceed to page [      ] of 25 pages [ GO ]

[ Return to Order ]  [ New Search ]

---

Instructions:
  ◉ To view additional information pertaining to a particular filing select the number associated with the name.
  ◉ To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### FIND ASSUMED NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 801903434 | TDC Logistics Company Texas, L.L.C. | Foreign Limited Liability Company (LLC) | In existence | Assumed | Active |
| ○ | 803880430 | TDE Logistics Solutions | Domestic Limited Liability Company (LLC) | In existence | Assumed | Active |
| ○ | 803417869 | Dirty Dumps Logistics | Domestic Limited Liability Company (LLC) | Forfeited existence | Assumed | Entity Inactive |
| ○ | 800399834 | Tidal Logistics | Foreign Limited Liability Company (LLC) | In existence | Assumed | Active |
| ○ | 800900620 | Milstead Logistics | Domestic Limited Liability Company (LLC) | Forfeited existence | Assumed | Entity Inactive |
| ○ | 803165746 | Tidal Logistics | Domestic For-Profit Corporation | Merged | Assumed | Entity Inactive |
| ○ | 804548874 | Gstaad Logistics, LLC | Foreign Limited Liability Company (LLC) | In existence | Assumed | Active |
| ○ | 800397559 | RUSTY DANIEL LOGISTICS | Domestic For-Profit Corporation | In existence | Assumed | Expired |
| ○ | 803699869 | Great Day Logistics | Domestic Limited Liability Company (LLC) | In existence | Assumed | Active |
| ○ | 131073700 | Farmer Logistics & Transportation, Div. | Domestic For-Profit Corporation | Voluntarily dissolved | Assumed | Entity Inactive |

Records 1 to 10 of 21 scroll  [ Next >> ]  **OR**  proceed to page [    ] of 3 pages [ GO ]

[ Return to Order ]  [ New Search ]

Instructions:
❷ To view additional information pertaining to a particular filing select the number associated with the name.
❷ To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### FIND ASSUMED NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME : TDA Logistics**

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
| ○ | 5298306 | NYK Logistics (Americas),-Inc.ETA Division | Foreign For-Profit Corporation | Terminated | Assumed | Entity Inactive |
| ○ | 801128207 | Tidewater Logistics | Domestic Limited Liability Company (LLC) | In existence | Assumed | Abandoned |
| ○ | 800005013 | Freight Distribution Logistics | Foreign For-Profit Corporation | Forfeited existence | Assumed | Entity Inactive |
| ○ | 800974178 | Patriot Drive Logistics | Domestic Limited Liability Company (LLC) | In existence | Assumed | Active |
| ○ | 803706217 | InMotion Dispatch & Logistics | Domestic Limited Liability Company (LLC) | Forfeited existence | Assumed | Entity Inactive |
| ○ | 803975388 | INFINITE GRATITUDE LOGISTICS | Domestic For-Profit Corporation | In existence | Assumed | Active |
| ○ | 803975388 | Infinity Gratitude Logistics | Domestic For-Profit Corporation | In existence | Assumed | Active |
| ○ | 804111982 | Gulf Coast Drone Logistics | Domestic Limited Liability Company (LLC) | In existence | Assumed | Active |
| ○ | 42610500 | Hot Shot Delivery & Logistics | Domestic For-Profit Corporation | Merged | Assumed | Expired |
| ○ | 804407936 | United Funding Logistics Credit & Debt | Domestic Limited Liability Company (LLC) | In existence | Assumed | Active |

Records 11 to 20 of 21 scroll  [ << Previous ]   [ Next >> ]   **OR**  proceed to page ___ of 3 pages [ GO ]

[ Return to Order ]   [ New Search ]

---

Instructions:
- ● To view additional information pertaining to a particular filing select the number associated with the name.
- ● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

### FIND ASSUMED NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** TDA Logistics

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 5298306 | NYK Logistics (Americas) Inc., GST Division | Foreign For-Profit Corporation | Terminated | Assumed | Entity Inactive |

Records 21 to 21 of 21 scroll [ << Previous ]   **OR**   proceed to page [      ] of 3 pages [ GO ]

[ Return to Order ]   [ New Search ]

---

Instructions:
 To view additional information pertaining to a particular filing select the number associated with the name.
 To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

EXHIBIT F

No new emails

No new emails

EXHIBIT G

| PLR Cust. Ref. no. | Sales |
|---|---|
| **Houston** | |
| 65356 | $25,684.00 |
| 65357 | $28,684.00 |
| 65549 | $20,563.20 |
| 65548 | $19,526.40 |
| 65587 | $23,500.80 |
| 65588 | $23,500.80 |
| 65631 | $24,192.00 |
| 65633 | $24,192.00 |
| 65689 | $26,265.60 |
| 65690 | $26,265.60 |
| 65718 | $24,537.60 |
| 65683 | $25,401.60 |
| 65717 | $24,537.60 |
| 65751 | $25,920.00 |
| 65750 | $25,920.00 |
| 64904 | $26,265.60 |
| 64905 | $26,265.60 |
| | *$421,222.40* |
| **Doral** | |
| 65540 | $20,160.00 |
| 65541 | $20,160.00 |
| 65560 | $18,480.00 |
| 65559 | $18,480.00 |
| 65561 | $18,480.00 |
| 65597 | $18,480.00 |
| | *$114,240.00* |